

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――

No. 02-21-00241-CR
No. 02-21-00242-CR

―――――――――――――

SHURJO ALI, Appellant

V.

THE STATE OF TEXAS

―――――――――――――

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court Nos. 20-222J1, CV-2020-02640-JP

―――――――――――――

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Shurjo Ali attempted to appeal certain orders rendered in connection with his prosecution for speeding.

On January 25, 2022, we notified Ali of our concern that we lacked jurisdiction because his notice of appeal was untimely. We informed Ali that we could dismiss his appeal unless he or another party filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3.

In his response, Ali indicated that he had decided against pursuing the appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 10, 2022